# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNARD HART, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. CIV-17-636-SLP ) |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Gary M. Purcell entered April 9, 2018 [Doc. No. 21]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED this 4th day of May, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE